**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6199

LAWRENCE E. SCIBLE,

                                        Petitioner - Appellant,

        versus

WILLIAM     HAINES,     Warden,     Huttonsville
Correctional Center,

                                        Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:04-cv-00092-REM)

Submitted:  August 31, 2006         Decided:  October 4, 2006

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence E. Scible, Appellant Pro Se.  Colleen Anne Ford, OFFICE OF
THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lawrence E. Scible appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Scible v. Haines, No. 2:04-cv-00092-REM (N.D. W. Va. Jan. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED